IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDRITO MORETA, | : | |
|     Petitioner, | : | |
| | : | 1:15-cv-1915 |
| v. | : | |
| | : | Hon. John E. Jones III |
| CHARLES MARIONNA, | : | |
|     Respondent. | : | |

## **ORDER**

**June 7, 2017**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

                                                  s/ John E. Jones III
                                                John E. Jones III
                                                United States District Judge